# Exhibit "D"

## Index of Attorneys/Parties

(1) David Garcia
State Bar No. 07631755
THE LAW OFFICES OF DAVID GARCIA
101 N. 10th Ave.
Edinburg, Texas 78541
(956) 383-0742 (Phone)
(956) 383-1129 (Fax)

*Attorney for Plaintiff*

(2) Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
M. Mauricio Chavez
State Bar No. 24051782
Federal ID No. 901042
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Phone)
(956) 542-4370 (Fax)

*Attorneys for Defendant,*
*Keppel Amfels, Inc.*

(3) Daniel G. Rios
State Bar No. 00784844
Law Offices of Daniel G. Rios, P.C.
323 Nolana
McAllen, Texas 78504
(956) 630-9401 (Phone)
(956) 682-0566 (Fax)

*Attorney for Defendant,*
*AMTEX General Contractors, Inc.*