UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RICARDO AGUILAR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. M-10-176 |
| | § | |
| KEPPEL AMFELS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

It is hereby ORDERED that all present Rule 16 Scheduling Order settings and/or deadlines are hereby VACATED.

SO ORDERED this 18th day of April, 2011, at McAllen, Texas.

_____
Randy Crane
United States District Judge