UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RICARDO AGUILAR, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. M-10-176 |
| AMTEX GENERAL CONTRACTORS, L.L.C., | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Having received no response from Plaintiff to the Court's June 21, 2011 Order, the Court **ORDERS** that all of Plaintiff's claims against Defendant AMTEX General Contractors, L.L.C. are hereby **DISMISSED** for want of prosecution. *See* Fed. R. Civ. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (district court *sua sponte* may dismiss action for failure to prosecute or to comply with any court order).

SO ORDERED this 5th day of July, 2011, at McAllen, Texas.

_____
Randy Crane
United States District Judge